574052

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-7514

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gonchez Realty Corp C/o Marco A Gonzalez
was received by me on *(date)* 1/27/23

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* MR. "John" Gonzalez, who is designated by law to accept service of process on behalf of *(name of organization)* Gonchez Realty Corp C/o Marco A Gonzalez on *(date)* 2/13/23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/15/23

*Server's signature*

Eric Rivera, Process Server
*Printed name and title*

371 Merrick Rd, Ste 202, Rockville Centre NY. 11570
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset