UNITED STATES DISTRICT COURT
<u>EASTERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| MARTA HANYZKIEWICZ, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　-against-<br><br>GONCHEZ REALTY CORP.,<br><br>　　　　Defendants. | **Case 1:22-cv-07514**<br><br>**NOTICE OF SETTLEMENT** |

　　　Defendant Gonchez Realty Corp., by and through its undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within forty-five (45) days and ask the Court to excuse any further responses, motions, pleadings, or other deadlines in this action.

　　　Dated this 22nd day of November 2023.

<u>/s/ Ian E. Smith</u>
Ian E. Smith
New York Bar No. 4027447
SPIRE LAW, PLLC
2572 W. State Road 426, Suite2088
Oviedo, Florida 32765
ian@spirelawfirm.com
sarah@spirelawfirm.com
filings@spirelawfirm.com
*Attorneys for Defendant*

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 22nd day of November, 2023, I electronically filed the foregoing with the Clerk of Court using the Court's e-filing system, which will send a notice of electronic filing to all counsel of record.

              /s/ *Ian E. Smith*
              Attorney