UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

MARTA HANYZKIEWICZ, on behalf of herself and
all others similarly situated,

Civil Action No:
1:22-cv-7514

          Plaintiff,

  -v.-

GONCHEZ REALTY CORP.

1-9-2024

         Defendants.

------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

      IT IS HEREBY STIPULATED AND AGREED by and between all parties that

whereas no party hereto is an infant, incompetent person for whom a committee has been

appointed or conservatee, and no person not a party has an interest in the subject matter of the

action, that this action is   dismissed with prejudice and without costs to either party pursuant

to Rule 41(a)(1)(A)(ii) of  the Federal Rules of Civil  Procedure.

**Dated:** January 9, 2024

| **For Plaintiff Marta Hanyzkiewicz** | **For Defendant Gonchez Realty Corp** |
|---|---|
| s/ Mark Rozenberg <br> Mark Rozenberg <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: 201-282-6500 <br> mrozenberg@steinsakslegal.com | s/Ian Edward Smith <br> Ian Edward Smith <br> Spire Law LLC <br> 136 Madison Ave Suite 600 <br> New York, NY 10016 <br> Ph: 407-494-0135 <br> Ian@spirelawfirm.com |

**CERTIFICATE OF SERVICE**

  I certify that on January 9, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the  Court's electronic filing system. Parties may access this filing through the Court's system.

            */s/ Mark Rozenberg*
            Mark Rozenberg
            **Stein Saks, PLLC**
            *Attorneys for Plaintiff*